# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID COLLINS, <br>     Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br>     Defendant. | CIVIL ACTION <br><br> NO. 2:09-cv-01824-WY |

## Order

**AND NOW** on this ___ day of June, 2010, upon consideration of the renewed motion for partial summary judgment (Docket No. 16) of defendant, Allstate Insurance Company, and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that Allstate's motion is **GRANTED** and judgment is **ENTERED** in favor of Allstate Insurance Company and against David Collins as to Count II of the complaint.

s/ William H. Yohn Jr. Judge
William H. Yohn Jr., Judge
